IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 15–cv–00146–KMT

PIOTR AURZADNICZEK aka PETE AURZADNICZEK, and
JAMIE BEARD,

    Plaintiffs,

v.

HUMANA HEALTH PLAN, INC.,
HUMANA INSURANCE COMPANY, and
EHEALTHINSURANCE SERVICES, INC. dba EHEALTH,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Motion to Withdraw as Attorney of Record for Humana Defendants." (Doc. No. 35, filed March 10, 2015.) Being otherwise fully advised, it is hereby ORDERED that the Motion (Doc. No. 35) is GRANTED. Attorney Sara C. Sharp is relieved of any further representation of Defendants Humana Health Plan, Inc. and Humana Insurance Company in the above-captioned matter. The Clerk of Court is instructed to remove Ms. Sharp from the electronic certificate of mailing.

Dated: March 10, 2015