IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No:     15-cv-00146-RM-KMT          Date:   June 9, 2015
Courtroom Deputy:    Sabrina Grimm               FTR:    Courtroom C-201

| *Parties:* | *Counsel:* |
|---|---|
| PIOTR AURZADNICZEK aka PETE URZADNICZEK, and JAMIE BEARD, | Phil Harding Stephen Kaufman |
| Plaintiffs, | |
| v. | |
| HUMANA HEALTH PLAN, INC., HUMANA INSURANCE COMPANY, and EHEALTHINSURANCE SERVICES, INC. dba EHEALTH, | Andrew Federhar Troy Rackham Paul Karlsgodt |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**

**1:33 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding Humana's Motion to Dismiss [41] and eHealth's Motion to Dismiss [42].

**ORDERED:** **Defendants Humana Health Plan, Inc. and Humana Health Insurance Company's Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 27) [41] is TAKEN UNDER ADVISEMENT. A separate written order will be issued.**

**ORDERED:** **Defendant eHealth's Motion to Dismiss Plaintiffs' Amended Complaint [42] is TAKEN UNDER ADVISEMENT. A separate written order will be issued.**

Discussion and argument regarding the meaning of the policy in question, pre-existing condition clause, and effective date definition.

**3:00 p.m.     Court in recess.**

Hearing concluded.
Total in-court time    01:27

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.